NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEITH RANIERE,**
*Plaintiff-Appellant*

**v.**

**MICROSOFT CORPORATION, AT&T CORP.,**
*Defendants-Appellees*

---

2016-1698, 2016-1699

---

Appeals from the United States District Court for the Northern District of Texas in Nos. 3:15-cv-00540-M, 3:15-cv-02298-M, Judge Barbara M.G. Lynn.

---

**JUDGMENT**

---

ROBERT DALE CROCKETT, Crockett & Associates, Santa Clarita, CA, argued for plaintiff-appellant. Also represented by CHASE TAJIMA, LISA DEARDEN TREPANIER.

CONSTANTINE L. TRELA, JR., Sidley Austin LLP, Chicago, IL, argued for all defendants-appellees. Defendant-appellee Microsoft Corporation also represented by RICHARD ALAN CEDEROTH, DOUGLAS LEWIS; JOSHUA JOHN FOUGERE, Washington, DC; ROBERT SETH REICH, JR., Dallas, TX.

CHRISTOPHER WOOD KENNERLY, Paul Hastings LLP, Palo Alto, CA, for defendant-appellee AT&T Corp. Also represented by STEPHEN BLAKE KINNAIRD, IGOR VICTOR TIMOFEYEV, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| January 18, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |